UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MARLENE BARTLETT,                                                       :
:
                       Plaintiff,                             :
:
                -v-                                              :     20-CV-11030 (JMF)
:
JPMORGAN CHASE BANK et al.,                                             :     <u>ORDER OF DISMISSAL</u>
:
                       Defendants.                             :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Plaintiff's representations in correspondence filed with the Court that she intends to voluntarily dismiss this case and pursue her claims in arbitration, *see* ECF No. 14, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within thirty days** of the date of this Order if Plaintiff decides not to dismiss in favor of arbitration.

       To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

       Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

       SO ORDERED.

Dated: March 24, 2021
       New York, New York
                                                                  _____
                                                                      JESSE M. FURMAN
                                                             United States District Judge